UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RAYMOND JACKSON,                )
                                )
            Plaintiff,           )
                                )
    v.                          )       No. 4:06 CV 995 DDN
                                )
MICHAEL CALCATERRA, et al.,     )
                                )
            Defendants.         )

**ORDER**

**IT IS HEREBY ORDERED** that Douglas M. Baron, THOMPSON COBURN LLP, One US Bank Plaza, St. Louis, MO 63101, 552-6225, is appointed to represent plaintiff in this matter.

**IT IS FURTHER ORDERED** that plaintiff's newly appointed counsel may have forty-five days from this date within which to file an amended complaint, if deemed appropriate.

        /S/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on March 13, 2007.